

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on May 20, 2025

Attest:

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 28, 2025

Lyle W. Cayce
Clerk

No. 24-40520

---

Shanteria Noiel,

*Plaintiff—Appellant*,

versus

Roseland Management, L.L.C., *doing business as* Precision Spine Care,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:23-CV-79

---

Before Stewart, Clement, and Willett, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.